# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLANCA GOMEZ, <br><br> v.  Plaintiff(s) <br><br> COUNTY OF SAN BERNARDINO; TYLER MCGEE; JON CAHOW; V. QUIROZ; et al., <br><br> Defendant(s). | CASE NUMBER: <br><br> 5:21-cv-01306-JGB (SPx) <br><br><br> **NOTICE OF MEDIATION DATE** |

**YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE**

for Thursday, September 22, 2022 at 10:00 PT  ☑ a.m. / ☐ p.m.

**LOCATION:** via Zoom

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** July 18, 2022

**Panel Mediator:** Kent R. Raygor
**Address:** Sheppard Mullin Richter & Hampton LLP
1901 Avenue of the Stars, 16th Floor
Los Angeles, California 90067
**Phone:** (310) 228-3730; kraygor@smrh.com