```
 1  ADAM L. MIEDERHOFF (CA State Bar No. 261913)
    Deputy County Counsel
 2  TOM BUNTON (CA State Bar No. 193560)
    County Counsel
 3  385 North Arrowhead Avenue, Fourth Floor
    San Bernardino, California 92415-0140
 4  Telephone: (909) 387-5446
    Facsimile: (909) 387-4069
 5  E-Mail: adam.miederhoff@cc.sbcounty.gov
 6
 7  Attorneys for Defendants, San Bernardino County, Tyler McGee, Jonathan Cahow,
    Vicente Quiroz, Travis Gagne, and John Wickum
 8
 9
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BLANCA GOMEZ, | Case No. 5:21-CV-01306 |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT RE: RELATED STATE CRIMINAL CASE** |
| v. | |
| COUNTY OF SAN BERNARDINO; TYLER MCGEE; JON CAHOW; V QUIROZ; T GAGNE; JOHN WICKUM, and DOES 1-10 | Honorable District Court Judge Jesus G. Bernal |
| Defendants. | Honorable Magistrate Judge Sheri Pym |

TO THIS HONORABLE COURT:

Plaintiff BLANCA GOMEZ ("Plaintiff"), and Defendants, SAN BERNARDINO COUNTY, TYLER MCGEE, JONATHAN CAHOW, VINCENTE QUIROZ, TRAVIS GAGNE, and JOHN WICKUM (collectively, the "Defendants"), by and through their counsel of record, provide the following joint status report in accordance with the Court's Order Granting the parties Stipulation to Stay Case Until Criminal Action Against Plaintiff is Resolved, and to Vacate Current Trial and Other Dates (Dkt. 30).

1

**JOINT STATUS REPORT REGARDING RELATED STATE CRIMINAL CASE**

According to publicly available state court records, as of December 29, 2022, the related criminal matter, *People of the State of California v. Blanca Azucena Gomez*, Case Number MVI21007253, Superior Court of California, County of San Bernardino, is still active and pending against Plaintiff BLANCA GOMEZ. The next hearing is a Trial Readiness scheduled for January 6, 2023.

Given the ongoing prosecution of the related criminal case, the Court's stay in this civil action remains justified.

DATED: January 3, 2023			TOM BUNTON
						County Counsel


						*/s/ Adam L. Miederhoff*
						ADAM L. MIEDERHOFF
						Deputy County Counsel
						Attorneys for Defendants


DATED: January 3, 2023			PEASE LAW, APC


						 */s/ Bryan W. Pease*
						BRYAN W. PEASE, Esq.
						Attorneys for Plaintiff

**JOINT STATUS REPORT REGARDING RELATED STATE CRIMINAL CASE**